LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendant, County of Sacramento
Lou Blanas, Sheriff of the County of Sacramento

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES C. PLUMMER | CASE NO.:   CIV-04-2500 DFL GGH-P |
| Plaintiff, | Complaint Filed:   November 23, 2004 |
| vs. | **STIPULATION AND ORDER RE DISMISSAL** |
| SACRAMENTO COUNTY SHERIFF'S DEPT, AND OTHERS TO BE AMENDED | FRCP RULE 41(a) |
| Defendants | |

Plaintiff JAMES C. PLUMMER and DEFENDANT SHERIFF LOU BLANAS by and through his attorney of record, John A. Lavra, hereby Stipulate to a dismissal with prejudice of this entire action.

IT IS SO STIPULATED:

Dated:

_____
JAMES C. PLUMMER

Dated: April 11, 2006         LONGYEAR, O'DEA & LAVRA, LLP

By:_____
Jeri L. Pappone, CSB No.: 210104
Attorney's for Defendants

IT IS SO ORDERED:

Dated: 4/21/2006         By: /s/ David F. Levi
Judge of the United States District Court

- 1 -